UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

| | |
|---|---|
| In Re:<br><br>THOMAS C. DONAHUE,<br><br>Debtor. | UNCLAIMED FUNDS<br>PURSUANT TO RULE 3010(a)<br>AND 11 U.S.C. § 347(a)<br>Chapter 7<br>Case No. 08-11816 |

------------------------------------------------------------

**TRUSTEE REPORT OF UNCLAIMED FUNDS PURSUANT TO RULE 3010(a)**

TO:  HON. ROBERT E. LITTLEFIELD, JR., Chief United States Bankruptcy Judge

GREGORY G. HARRIS, CHAPTER 7 TRUSTEE of the estate of the above-named Debtor, as a supplemental report and accounting, respectfully reports:

The proposed payment to creditors under $5.00 on claims is being paid to the U.S. Bankruptcy Court as unclaimed funds, as listed below:

1. Dell Financial Services, LLC
   c/o Resurgent Capital Services
   PO Box 10390
   Greenville, SC  29603-0390
   (Claim # 5)                                      Proposed payment: $0.74

2. American Express Bank FSB
   c/o Becket and Lee, LLP
   PO Box 3001
   Malvern, PA  19355-0701
   (Claim # 9)                                      Proposed payment: $2.00

3. American Express Travel Related Services Co., Inc.
   Corp Card
   c/o Becket and Lee, LLP
   PO Box 3001
   Malvern, PA  19355-0701
   (Claim # 10)                                     Proposed payment: $0.37

4. FIA Card Services, NA/Bank of America
   by American InfoSource L.P. as its agent
   4515 N. Santa Fe Ave.
   Oklahoma City, OK  73118
   (Claim # 12)                                     Proposed payment: $4.80

5. New York State Department of Taxation and Finance
Bankruptcy Section
PO Box 5300
Albany, New York   12205-0300
(Claim # 13)                                            Proposed payment: $0.20

The Trustee submits check numbered 1008 in the total amount of $8.11 payable to the Clerk of the United States Bankruptcy Court representing the unclaimed funds.

Dated:  November 30, 2009               /s/ Gregory G. Harris
                                        GREGORY G. HARRIS, CHAPTER 7 TRUSTEE
                                        The Patroon Building
                                        Five Clinton Square
                                        Albany, New York   12207
                                        (518) 436-1661

**GREGORY G. HARRIS, ESQ.**
**CHAPTER 7 BANKRUPTCY TRUSTEE**
THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY, NEW YORK 12207

GREGORY G. HARRIS

MICHAEL C. CONWAY
RYAN T. DONOVAN

(518) 436-1661
(518) 432-1996 FAX
E-MAIL: GGHARRIS@CAPITALREGIONLAW.COM
SERVICE BY FAX NOT ACCEPTED

November 30, 2009

Clerk's Office
U. S. Bankruptcy Court
James T. Foley U.S. Courthouse - Third Floor
445 Broadway
Albany, New York   12207

Re:   **Small Claim Funds**
      **Thomas C. Donahue, Chapter 7, Case No.  08-11816**

Dear Clerk:

Please find enclosed Trustee check number 1008 in the amount of $8.11 in the above-referenced matter, representing small dividend paid to the Court pursuant to Rule 3010(a).  I also enclose § 347 Unclaimed Funds form pursuant to Rule.

Please advise if you need anything further.

Very truly yours,

**GREGORY G. HARRIS**
**CHAPTER 7 TRUSTEE**

By: Gregory G. Harris

GGH/ssh
Enclosures